1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    PORFIRIO P. JORQUE, *et al.*,                No. C-15-0379 EMC

9              Plaintiffs,

10        v.                                       **ORDER OF REFERRAL FOR PURPOSE OF DETERMINING WHETHER CASES ARE RELATED**

11   AMERICAN HOME MORTGAGE
     INVESTMENT CORP., *et al.*,
12
13        Defendant.
     _____/

14

15

16        Pursuant to Civil Local Rule 3-12(c), the above-captioned case is hereby referred to the

17   Honorable Richard Seeborg for consideration of whether this case is related to case C-12-0005-RS,

18   *Jorque, et al. v. American Brokers Conduit, et al.*

19

20        IT IS SO ORDERED.

21

22   Dated:  March 2, 2015

23                                                _____
                                                 EDWARD M. CHEN
24                                               United States District Judge

25

26

27

28