United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PORFIRIO P. JORQUE, et al.,

    Plaintiffs,

v.

AMERICAN HOME MORTGAGE INVESTMENT CORP., et al.,

    Defendants.

Case No. 15-cv-00379-RS

**ORDER DISMISSING ACTION**

By order dated April 20, 2015, plaintiffs' claims were dismissed as to defendants who had been served and who had appeared. Plaintiffs were advised that if they believed they held viable claims against other defendants, they were to file proof of service on such entities no later than May 29, 2015, and that otherwise the remainder of this action would be dismissed without further notice. Plaintiffs have filed neither any such proof of service nor any other response to the order. Accordingly this action is dismissed and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 10, 2015

_____
RICHARD SEEBORG
United States District Judge